

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**WILL WILSON**
**ATTORNEY GENERAL**

April 25, 1957

Honorable Price Daniel,
Governor of Texas,
State Capitol,
Austin, Texas.

Opinion No. WW-111.

Re: Time allowed for the Governor to act on Bills presented to him after passage by the Legislature.

Dear Governor Daniel:

You have asked our office for an opinion on the exact time limits which the Governor has within which to act upon bills passed by the Legislature under Article IV, Section 14, of the Texas Constitution, which provides as follows:

> ". . . If any bill shall not be returned by the Governor with his objections within ten days (Sundays excepted) after it shall have been presented to him, the same shall be a law, in like manner as if he had signed it, unless the Legislature, by its adjournment, prevent its return, in which case it shall be a law, unless he shall file the same with his objections in the office of the Secretary of State, and give notice thereof by public proclamation within twenty days after such adjournment. . ."

More specifically, the question is whether the day on which the bill is presented is to be counted in the ten days allowed for the Governor's action.

> "The general rule is to exclude the first day and include the last. in computing time 'from' or 'after' a specified day or event." 41-A Tex. Jur., Time, Sec. 15, p. 385.

It is our opinion that the Governor has ten full days (exclusive of Sundays) after the day of the presentation of a bill to him within which to return the bill with his objections. The bill does not become law without the Governor's signature until after midnight at the end of the tenth day (Sundays excluded).

## SUMMARY

The day of presentation of a bill to the Governor after its passage by the Legislature is excluded in determining the ten days (excluding Sundays) during which the Governor may consider the bill, and the Governor has until midnight of the tenth day (excluding Sundays) during which to consider the bill.

Yours very truly,

WILL WILSON
Attorney General of Texas

By
John H. Minton, Jr.
Assistant

JHM:pf

APPROVED:

OPINION COMMITTEE

H. Grady Chandler, Chairman

W. V. Geppert

Edwin P. Horner

William R. Hemphill

Fred Werkenthin

REVIEWED FOR THE ATTORNEY GENERAL

By: Geo. P. Blackburn